UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY E. EARL, et al., | No.  2:12-cv-1126 KJM CMK |
| Plaintiffs, | |
| v. | ORDER |
| THE COUNTY OF BUTTE, et al., | |
| Defendants. | |

The pretrial scheduling order issued October 10, 2012 directed the parties to file their joint pretrial statement by September 11, 2014 and set the final pretrial conference for October 2, 2014.   ECF No. 16 ¶ VIII.  The parties have failed to file their joint pretrial statement as directed.

IT IS THEREFORE ORDERED that:

1.  The final pretrial conference is moved from October 2, 2014 to October 10, 2014 at 10:00 a.m.;

2.  The parties are directed to file their joint pretrial statement no later than October 3, 2014;

3.  The parties are directed to show cause no later than October 1, 2014 why they should not be sanctioned for their failure to comply with the court's order.

DATED:  September 26, 2014.

_____
UNITED STATES DISTRICT JUDGE

1